COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00323-CV


 
 
 Brenda Parramore Davis
 
 
  
 
 
 APPELLANT
 
 
 
 
 V.
  
 
 
 
 
 US Bank National Association, as Trustee For SASCO
 Mortgage Loan Trust 2005-RF3
 
 
  
 
 
 APPELLEE
 
 


 

 

----------

FROM County
Court at Law No. 1 OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

On
August 6, 2012, Appellant filed a notice of appeal, attempting to appeal an
order that was signed on June 6, 2012.  No post-judgment motion was filed to
extend the appellate deadline, so the notice of appeal was due July 6, 2012.  See
Tex. R. App. P. 26.1(a).  On August 22, 2012, we sent Appellant a letter
notifying her of our concern that we lacked jurisdiction over this case because
the notice of appeal was not timely filed.  See Tex. R. App. P. 26.1. 
We stated that unless Appellant or any party desiring to continue the appeal
files with this court, on or before September 4, 2012, a response showing
grounds for continuing the appeal, the appeal may be dismissed for want of
jurisdiction.  Having received no response, we dismiss the appeal for want of jurisdiction.
 See Tex. R. App. P. 42.3, 43.2(f).  We also dismiss Appellant’s
“Emergency Motion to Stay Writ of Possession” for want of jurisdiction.

 

 

PER CURIAM

 

PANEL: 
GABRIEL, J.; LIVINGSTON,
C.J.; and DAUPHINOT, J.

 

DELIVERED:  October 11, 2012

 

 



 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00323-CV

 

 


 
 
 Brenda
 Parramore Davis
  
 v.
  
 US
 Bank National Association, as Trustee For SASCO Mortgage Loan Trust 2005-RF3
 
 
 §
  
 §
  
 §
  
 §
  
 
 
 From County Court at Law
 No. 1
  
 of
 Tarrant County (2012-003097-1)
  
 October
 11, 2012
  
 Per
 Curiam
 
 


 

 

JUDGMENT

 

          This
court has considered the record on appeal in this case and holds that the
appeal should be dismissed.  It is ordered that the appeal is dismissed for
want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS 

 

 

PER CURIAM

 









[1]See Tex. R. App. P. 47.4.